UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eugene Missine,

    Plaintiff(s),

vs                                                Case No: 21-10981
                                                       Honorable Victoria A. Roberts

Flex N Gate Nine Mile Road, LLC,

    Defendant(s),
_____/

## **ORDER OF DISMISSAL**

The parties advised the Court that they amicably resolved their differences. The terms of the settlement were placed on the record on January 6, 2022. Accordingly,

This case is DISMISSED. The Court retains jurisdiction for purposes of enforcing the settlement.

IT IS ORDERED.

                                                        S/ Victoria A. Roberts
                                                        Victoria A. Roberts
                                                        United States District Judge

Dated: 1/6/2022